UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
JUL 07 2020
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

UNITED STATES OF AMERICA,    )
                             )
    Plaintiff,                )
                             )
    v.                        )
                             )  1:20-cr-147 JRS-DLP
WALTER J. SPRINGSTON,        )
                             )
    Defendant.                )

## INDICTMENT

The Grand Jury charges that:

At all times material to this charge:

1.  WALTER J. SPRINGSTON,, the defendant herein, was a resident of the Southern District of Indiana.

2.  The Internet is a facility of interstate or foreign commerce.

## Definitions

3.  The term "minor" was defined as a person under the age of 18 years. 18 U.S.C. § 2256(1).

4.  The term "sexually explicit conduct" was defined as actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any person. 18 U.S.C. § 2256.

5. The term "visual depiction" was defined to include undeveloped film and videotape, and data stored on computer disk or other electronic means, which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format. 18 U.S.C. § 2256(3).

6. The term "computer," as defined in 18 U.S.C. §1030(e)(1), means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device.

## Count One
### DISTRIBUTION AND RECEIPT OF CHILD PORNOGRAPHY
### Title 18, United States Code, Section 2252(a)(2) and (b)(1)

7. Paragraphs 1 through 6 of this Indictment are re-alleged and incorporated by reference in Count 1.

8. On or between June 24, 2019 to January 23, 2020, in the Southern District of Indiana and elsewhere, WALTER J. SPRINGSTON, the defendant herein, did knowingly distributed and received any visual depiction using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce, or which contains materials which have been mailed or so shipped or transported, by any means including by computer, and (A) the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct; and (B) such visual depiction is of such conduct, AND

9. On or between June 24, 2019 to January 23, 2020, WALTER J. SPRINGSTON had a prior conviction under the law of any State relating to aggravated sexual abuse, sexual

2

abuse, or abusive sexual conduct involving a minor or ward or the production, possession, receipt, mailing, sale, distribution, shipment, or transportation of child pornography, that is WALTER J. SPRINGSTON was convicted of the felony offense of POSSESSION OF CHILD PORNOGRAPHY, under cause number 18C02-1704-F6-000301 in the Delaware Circuit Court, State of Indiana on or about May 4, 2018.

All of which is in violation of Title 18, United States Code, Section 2252(a)(2) and (b)(1).

## **FORFEITURE**

1. Pursuant to Federal Rule of Criminal Procedure 32.2, the United States hereby notifies the defendant that it will seek forfeiture of property, criminally and/or civilly, pursuant to Title 18, United States Code, Sections 2253 and 2254 as part of any sentence imposed.

2. Pursuant to Title 18, United States Code, Section 2253, if convicted of the offenses set forth in Count I of this Indictment, the defendant shall forfeit to the United States:

    A. any visual depictions described in Title 18, United States Code, Sections 2251, 2251A, or 2252, 2252A, 2252B, or 2260, and any book, magazine, periodical, film, videotape, or other matter which contains any such visual depictions, which were produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

    B. any property, real or personal, used or intended to be used to commit or to promote the commission of such offense of which the defendant is convicted, or any property traceable to such property, such as all computers, storage media, cameras and electronic equipment taken from his person or residence by law enforcement officers during the investigation of this offense, which search occurred on January 23, 2020. This includes the data contained on any device that was seized from the defendant. The Defendant will forfeit his interest in all of the following items:

| Lab Use Only Lab Item No. | Item No. | Description of Item(s) Submitted |
|---|---|---|
| | 1 | Sealed plastic bag containing one (1) black SanDisk Ultra USB 3.0 32G storage device, Serial#: BM1712261628, with a white Samsung adapter for a Samsung device. |
| | 2 | Sealed plastic bag containing one (1) black Samsung phone, IMEI: 355744090472881 |
| | 3 | Sealed plastic bag containing one (1) black Samsung tablet, BN#: 01.03.008.146.01 |
| | 4 | Labeled one (1) black eMachines computer tower, Serial#: CCA5B10005890 |
| | 5 | Labeled one (1) black Xion assembled computer tower, no serial number located |
| | 6 | Labeled one (1) black Xion assembled computer tower, no serial number located |
| | 7 | Labeled one (1) black Acer Laptop computer, Serial#: 74100319316 |
| | 8 | Labeled one (1) black Samsung Laptop computer, Serial# HRQA91GC701645L |
| | 9 | Labeled one (1) black eMachines Laptop computer, Serial# 01233497116 |
| | 10 | (1) Sealed Plastic bag containing brown paper bag containing a small silicon type mold of the female anatomy |

3.   The United States shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), and as incorporated by Title 18, United States Code, Section 2253(b), if any of the property described above in paragraph 2, as a result of any act or omission of the defendant:

   A.   cannot be located upon the exercise of due diligence;

   B.   has been transferred or sold to, or deposited with, a third party;

   C.   has been placed beyond the jurisdiction of the court;

   D.   has been substantially diminished in value; or

   E.   has been commingled with other property which cannot be divided without difficulty.

4.      In addition, the United States may seek civil forfeiture of the property described above in paragraph 2 pursuant to Title 18, United States Code, Section 2254.

A TRUE BILL:



FOREPERSON

JOSH J. MINKLER
United States Attorney

By: Kristina Marie Korobov
Assistant United States Attorney